IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN KEHS | : | Civil Action No. |
| | : | |
| vs. | : | |
| | : | |
| STATE FARM FIRE CLAIMS | : | Jury Trial Demanded |

## NOTICE FOR REMOVAL OF CIVIL ACTION FROM STATE COURT

Defendant, State Farm Fire and Casualty Company, incorrectly identified as State Farm Fire Claims, ("Defendant State Farm"), respectfully petitions for removal to this Court of a state civil action pending in the Court of Common Pleas of Bucks County, Pennsylvania, and in support avers as follows:

1. A Complaint was filed on October 29, 2025 by Plaintiff, Shawn Kehs, ("Plaintiff") against Defendant State Farm. A copy of Plaintiff's Complaint is attached as Exhibit "A" and incorporated by reference.

2. After receipt of Plaintiff's Complaint, Defendant State Farm ascertained that the damages being claimed exceed $75,000.00.

3. Plaintiff's Complaint contains two counts – the first appears to set forth a Breach of Contract claim and the second appears to set forth a Bad Faith Claim.

4. The *ad damnum* clause requests judgment in his favor and against Defendant State Farm for:

    a. Compensatory damages in excess of $400,000;
    b. Statutory interest at prime + 3% per annum;
    c. Punitive damages;

        d.        Attorney's fees and costs of suit;
        e.        Declaratory relief affirming that State Farm's depreciation, classification, and withholding practices were improper;
        f.        Prejudgment interest on unpaid benefits from the date of loss;
        g.        Such other relief as the Court deems just and proper."

5.       Plaintiff's Complaint seeks compensatory and punitive damages against Defendant State Farm, including those damages available under Pennsylvania's Bad Faith statute, *to wit*, interest, punitive damages, court costs, and attorneys' fees.  See Exh. "A"; 42 Pa. C.S.A. § 8371.

6.       The state court where this action is pending is located in Bucks County, Pennsylvania, which is embraced within this judicial district.

7.       At the time of the filing of this action, Plaintiff was a resident of Ottsville, Pennsylvania and a citizen of Pennsylvania.  See Exh. "A" at ¶ 2.

8.       Defendant State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois and is therefore a citizen of a state other than Pennsylvania.  See Exh. "A" at ¶ 3.

9.       Consequently, the amount in controversy in this matter is in excess of the sum of $75,000.00, exclusive of interest and costs, such that the amount in controversy and the diversity requirements for federal diversity jurisdiction are satisfied and this court now has jurisdiction over this subject matter under and pursuant to 28 U.S.C. § 1332.

10.     Plaintiff's Complaint requests judgment against Defendant in the amount of $400,000.00, plus interest.

11.     This Notice is filed within thirty (30) days of Defendant State Farm's first indication that the damages could exceed $75,000.00.

**WHEREFORE,** Defendant, State Farm Fire and Casualty Company, incorrectly identified as State Farm Fire Claims, respectfully requests that the statutory requirements, having been met, that the pending state action be moved to this Court.

                              Respectfully submitted,

By: _____
     Thomas L. Mueller, Esquire
     Attorney I.D. No. 308672
     Curtin & Heefner LLP
     1040 Stony Hill Road, Suite 150
     Yardley, PA 19067
Dated: December 4, 2025     215-736-2521

## AFFIDAVIT

I, Thomas L. Mueller, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, State Farm Fire and Casualty Company, the Petitioner in the foregoing Notice for Removal; that I have been duly authorized by the Petitioner to execute this Affidavit; that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice for Removal are true and correct to the best of my knowledge, information and belief.

_____
Thomas L. Mueller, Esquire